IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Highline Capital Corp., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Scharms Ventures, LLC d/b/a Figaro's Pizza, a dissolved North Dakota limited liability company, Edward Schall, Betty Schall, Danny Schall, and Sheri Schall, | ) ) ) ) ) | |
| | ) | Case No.  1:09-mc-011 |
| Defendants. | ) | |

Before the court is the Plaintiff's motion for attorney Harvey L. Kramer to appear *pro hac vice* on its behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), Mr. Kramer has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  He has also paid the required admission fees to the office of the Clerk.  Accordingly, the Plaintiff's motion (Docket No. 2) is **GRANTED**.  Attorney Harvey L. Kramer is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 9th day of June, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge